UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Mark Rhone,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**Hillcrest, Davidson and Associates, LLC,** )<br>)<br>**Defendant.** )<br>) | **Case No.:1:13-cv-1034-SEB-DML** |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Mark Rhone, by counsel, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

/s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp& Associates
5218 S. East St., Ste. E1
Indianapolis, IN 46227
(317) 780-8300
(317) 217-1320 fax
steinkamplaw@yahoo.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2013 a copy of the foregoing Motion to Dismiss was mailed, by first-class U.S. Mail, postage prepaid and properly addressed and e-mailed to the following:

Incorp Service, Inc.
17888 67th Ct. North
Losahatchee, FL 33470

 

Respectfully Submitted,

/s/John T. Steinkamp
John T. Steinkamp
John Steinkamp& Associates
5218 S. East St., Ste. E1
Indianapolis, IN 46227
(317) 780-8300
(317) 217-1320 fax
steinkamplaw@yahoo.com